**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                          Telephone 212-349-0230

**By ECF and Email**

March 9, 2024

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **U.S. v. Angel Castro-Llanos**
      20 Cr. 247 (VB)

> APPLICATION GRANTED
> SO ORDERED:
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.
> Dated: 3/11/24
> White Plains, NY
>
> The 3/14/24 conference is adjourned to: 4-17-24 at 11:00 AM.

Dear Judge Briccetti:

   This letter is respectfully submitted to update Your Honor on the New York State preceding that is the basis of the VOSR and to request an adjournment of the conference currently scheduled for March 14, 2024. I have been advised by Mr. Castro-Llanos' NYS counsel that the trial of the Dutchess County has begun and is expected to be completed towards the end of next week.

   After consulting with Assistant United States Attorney Timothy Ly and United States Probation Officer Claire Francisco, we jointly request that the VOSR pending before Your Honor be adjourned to a date convenient to Your Honor in approximately 30 days.

   I will stay in touch with Mr. Castro-Llanos' Dutchess County attorney and advise Your Honor of the status of that case.

                                       Respectfully submitted,

                                       /s/Andrew Patel
                                       Andrew G. Patel

cc:   Timothy Ly
      Assistant United States Attorney (by email)

      Claire Francisco
      United States Probation Officer (by email)