UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____ _US_ _____,

Plaintiff(s),

v.

_Castro Llanos_,

Defendant(s).

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/24
```

**CALENDAR NOTICE**

_20 cr 247_ (VB)

~~PLEASE TAKE NOTICE~~ that the above-captioned case has been ~~scheduled/~~
re-scheduled for:

_VOSR_

_✓_ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ___ Sentencing

on __7-23-__, 20_24_, at __11:00AM__, in Courtroom 620, United States
Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from __6-11-24__

**All requests for adjournments or extensions of time must be in writing and
filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's
Individual Practices.  Absent special circumstances, such requests shall be made at
least two business days prior to the scheduled appearance.

Dated: __5-31-__, 20_24_
     White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge